AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Tracy Alvin James, <br> *Petitioner* <br> v. <br> Warden, Evans Correctional Institution, <br> *Respondent* | ) <br> ) <br> )  Civil Action No.    1:13-cv-03499-MGL <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____ .

■ other: Summary judgment is hereby entered for the respondent, Warden. The petitioner, Tracy Alvin James, shall take nothing of the respondent as to the petition filed pursuant to 28 U.S.C. §2254 and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary G. Lewis, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which granted the respondent's motion for summary judgment.

Date:   February 26, 2015                                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                          s/M. Walker
                                                                                    _____
                                                                                    *Signature of Clerk or Deputy Clerk*